**ORIGINAL**

DeARCY HALL, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ORENSTEIN, M.J.

William Little
102 W. 128th St
New York, NY, 10027

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

City of New York, D.H.S.
S:US, Francis Sims,
Jermaine Manley

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **CV19-6686**
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*



RECEIVED
NOV 21 2019
PRO SE OFFICE

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _William D. Little_
Street Address _102 W. 128th St_
City and County _New York, NY  10027_
State and Zip Code _New York  10027_
Telephone Number _347-645-9311_
E-mail Address _____

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _City of New York_
Job or Title
(if known)
Street Address _____
City and County _New York_
State and Zip Code _New York_
Telephone Number _____
E-mail Address
(if known)

2

Defendant NO. 2

Name:    DHS

Street Address: 33 Beaver st

City and County: New York.

State and Zip Code:

Phone Number:


Defendant NO. 3

Name: Sius - Francis Sims
Job/Title: Program Director
Street Address: 599 Ralph. Ave.
City and County: Brooklyn - Kings County
State and Zip Code: New York  10233


Defendant NO. 4.

Name: Jermaine Manley
Title: House manager/Supervisor.
City and County: Brooklyn - Kings County
State and Zip Code: New York  10233
Street Address: 599 Ralph Ave.

( Page 4 )

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

City of New York, D.H.S, S:us Francis Sims, Jermaine Manley

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

all defendant acted in Neglect failing to provide a safe secure Humane enviroment toward the LGbtq Community and myself also said defendents has abused their athority and power under state and federal color in which caused me emotiona distress, mentaly Anguish on the horizen and compramised my safety and in fact violates my contittional rights. (see Attachee)

by refusing and failing to answer multiable grievances
desire and pleas for Help to prevent Harm these
Defendants also refused to Secure my safety it
was only After my visit to DHS Headquaters
I was transfer where I am feeling safe. If
Granted this will help deter and prevent further
Harassment by the Sius Staff cars wo @ 599
Ralph Ave due to retaliation to this complint
filed before you. Without it Plaintiff will be in
eirreparable Harm and leaves plaintiff extremly
Vacuarable. to DHS Power of transfer to any other
facility. as an overt or sexual homosexual.

William Dh

Page 4 - A

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

S.U.S. - 599 Ralph Ave
Brooklyn, NY 10233

B. What date and approximate time did the events giving rise to your claim(s) occur?

On or about 10/1/19 until 11/10/19
Transfer to New Location

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please See Attached
Pg. 4-A.

5

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

Mental Anguish, emotional distress and
well as Brutally beinge beatten with
a stick By DHS Due to sexual
orientation and also housed with
known Blood gang members who
threaten me daily

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.   Explain the basis
for these claims.

Grant a federal injunction so I want be
moved from current facility in retaliation for
filing this complaint. to preventing further
retaliation from previous complaints. and to
grant Punitive and monetary damages in
one amount the court deem just and
proper (plaintiff seeks a jury trial)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November, 20_19_.   11/21/2019

Signature of Plaintiff _____ William D. Lil_____

Printed Name of Plaintiff _William D. Little_____

**S·US**
OPPORTUNITY FOR ALL

Renaissance Shelter

## Renaissance Statement Report Form

**Name of Person Making Report:**

William Little

☒ Client - Unit # _____

☐ Visitor

**Name of other Party/Parties involved:**

_____

_____

_____

**Location of Report**

Rennaissance
599 ralph Ave
Brooklyn NY 10233

**Date of Report** (mo/day/year):
9/19/17

**Time of Report** (a.m./p.m.):
820

**Detailed Description of the Report: Describe exactly what happened, who was involved (use names, if known), what was said, when and where the incident happened.**

I am tired of not Being able to get anything done Here at this Shelter I have been doing all that I can to maintain and Have Positive behavior I Have taken the Nessacary steps to eradicate and Deter Negitine behaviur that Causes Mental anguish are emotional distress I feel like

OPPORTUNITY FOR ALL

Staff don't care and most are Here for a Paychech. The is no Scruture melia Prsgraming tire' in which increase Hostile behaviors within this facility I have not Sat down and met with my Care manager in over a week.

Signature of individual making report

Date 9/19/19

9/18/19
Copy Made.

| | Site: | Log # |
|---|---|---|

## NYC DHS CIVILIAN COMPLAINT REPORT

PRINT ALL INFORMATION

| Person Making Complaint: | ☑ Client | ☐ Staff | ☐ Visitor | ☐ Civilian | ☐ Other:_____ |
|---|---|---|---|---|---|
| Complaint Made Against: | ☑ Peace Officer | ☐ Security Guard | ☐ Staff | ☐ Other:_____ | |

### INCIDENT OCCURANCE

| Date: 9/17/19 | Time: 1st shift ☐ AM ☐ PM | Day of Week: Monday | Shelter: Rennisance |
|---|---|---|---|
| Address: 599 ralph Ave | | Floor: 3 | Room #: 302 | Area: Dormitory |

### PERSON MAKING COMPLAINT:

| Last Name: Little | First: William | M.I. | Age: 33 | DOB: 12/23/85 | Race: B | Sex: F |
|---|---|---|---|---|---|---|
| Address: 599 ralph Ave | Apt: | City: BrookLyN | | State: NY | Zip: 10233 |
| Home Phone: | Work Phone: | Cell Phone: | |
| ☐ Victim  ☐ Witness  ☐ Relationship to Victim: _____ | Client/HA # | |

### COMPLAINT MADE AGAINST:

| Rank or Title | Last Name | First Name | ID or Shield # | Additional Info. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### WITNESS/VICTIM:

Use rear of page for additional witnesses

| Last Name: | First: | M.I. | Age: | DOB: | Race: | Sex: |
|---|---|---|---|---|---|---|
| Address: | Apt: | City: | | State: | Zip: |
| Home Phone: | Work Phone: | Cell Phone: | |
| ☐ Victim  ☐ Witness  ☐ Relationship to Victim: _____ | Client/HA # | |

### DETAILS OF INCIDENT:

Use rear of page for additional space

On the above date I had came back into the dorm and noticed my bed was moved and sheets was off bed and my and my Locker was tosshed I aske DHS for a copy of the notice to search locker and wasnt able to provide such and I asked what the suspected reason for the search all was denied at this time. I am asking for the Camera to be rolled back and this Incident to be investigated. EoR

| REPORT RECEIVED: | ☐ In-Person | ☐ Written | ☐ US Mail | ☐ E-Mail | ☐ Phone |
|---|---|---|---|---|---|
| Received by: Last Name: | First Name: | Rank or Title: | Shield/ID: | Command/Unit: |
| Signature: | | Work Phone: | Date: | Time: ☐ AM ☐ PM |

**NYC** Commission on
Human Rights

| Date: 11/8/19 | Intake #: |
| Date of Walk-In if Applicable: | |
| Matter #, if Applicable: | |

@ 1:00 pm

# INTAKE FORM

## Your Information

Name William Little

Preferred Title (e.g. Dr., Ms., Mx)

Date of Birth 12/23/85

Address 599 Ralph Ave Brooklyn

City Broo NY

State NY    Zip 11233

Cell Phone 917-500-6527

Other Phone

Occupation Witness - Michel Toliver

Email

Race/Ethnicity Black

Primary Language

Family Status: ☐ Married   ☐ Domestic partner   ☒ Single   ☐ Other

Emergency Contact

## Information About the Person or Entity that you Want to Take Action Against

Name Rennisance / DHS

Company if any

Address 599 Ralph Ave Brooklyn

City New York

State MI   Zip 11233   Phone

Second Contact   Francis Simms

Address 599 Ralph Ave Brooklyn

City New York

State NY   Zip 11233   Phone

Date of most recent incident of discrimination: 11/4/19

Borough where incident occurred: Brooklyn

Have you filed any complaint about this incident in any other place? ☒ Yes  ☐ No

If yes, check the place or describe below:
☐ EEOC   ☐ NY State Division of Human Rights   ☒ HUD   ☐ HPD   ☐ NYCHA   ☐ Court
☐ Other:

My inquiry has to do with:
(check one, and then fill out the next section depending on your answer)
☐ Housing (Complete Section A and D)
☐ Public Accommodation (store, restaurant, taxi, dentist office, etc.) (Complete Section B and D)
☐ Employment (Complete Section C and D)
☒ Discriminatory Harassment (Complete Section D)
☐ Bias-based Profiling by Law Enforcement (Complete Section D)

Have you ever had an appointment with the Commission before?
☐ Yes  ☒ No

List when, and the result of your inquiry:

## SECTION A: Housing (fill out only if your inquiry involves housing)

Type of Housing:
☐ Co-op   ☐ Commercial   ☐ Rental   ☒ Shelter
☐ SRO   ☐ Owner-occupied   ☐ Condo   Approx. Number of Units

Basis of Discrimination -- Check all that apply:
☐ Race   ☐ Color   ☐ Presence of Children   ☐ Marital Status
☐ Gender   ☒ Gender Identity   ☐ National Origin   ☒ Sexual Orientation
☐ Religion/Creed   ☐ Occupation   ☐ Lawful Source of Income   ☐ Alienage/Citizenship Status
☐ Age   ☐ Military Service   ☐ Disability/Failure to Accommodate
☐ Victim of Domestic Violence, Sexual Violence, or Stalking

**S·US**
OPPORTUNITY FOR ALL

9/2/19
Deliverd

Pg 1 of 4

## Renaissance Statement Report Form

| Name of Person Making Report: | Location of Report |
|---|---|
| William Little<br>☒ Client - Unit # 506<br>☐ Visitor | 599 ralph Ave<br>Brooklyn, NY<br>11233 |
| Name of other Party/Parties involved:<br>Hous manager<br>Porter / custodial | Date of Report (mo/day/year):<br>9/2/19<br>Time of Report (a.m./p.m.):<br>3:30 - 3:44 pm |

**Detailed Description of the Report: Describe exactly what happened, who was involved (use names, if known), what was said, when and where the incident happened.**

on the Above date and time I william
Little have been asking all day for
① the A/C in the room along with
the other residents whom reside
in 506 to be turned up at a reasonable
temp. due to the consistant request
staff has blatantly ingored. by the
staff also this writer noticed all bathroom

on each floor was disgusting and filthy its a 3 day weekend and all custodial staff was Advised of the unsanitary Living conditions and also failed to ignore all duties and obligations instead they hanging out in the shift managers office and hanging out outside as if they was off the Clock their is no reason way we should have to live in these conditions which cause bacteria and infectious viruses and other contagious viral infections I am writing this report due to the negligence of staff in closing staff also making fun of clients that

_____
Signature of individual making report

9 / 2 / 19
Date

S:US
OPPORTUNITY FOR ALL

Renaissance Shelter

3 of 4

## Renaissance Statement Report Form

**Name of Person Making Report:**

William Little

☑ Client - Unit # 584

☐ Visitor

**Name of other Party/Parties involved:**

House manager

Porter / Custodial

**Location of Report**

599 ralph Ave

**Date of Report** (mo/day/year):

9/2/19

**Time of Report** (a.m./p.m.):

3³⁰ — 3⁴¹

**Detailed Description of the Report:** Describe exactly what happened, who was involved (use names, if known), what was said, when and where the incident happened.

and their mental illnesses we

are here for the help not to ~~et w~~

fill hopeless and belittled. I

want the best for myself and

other residents we all shall

respect one another client to

staff or client to client in the

mean time I will continue to

S:US
OPPORTUNITY FOR ALL

remain safe ~~also~~ (WL), however
i hope this matter can be
rectified shortly this is not
intended to provoke or
antagonize staff but to
have a safe, clean, respectful
community in this shelter
on all Administrative, Supervisory
and lower levels of chain of
command

Signature of individual making report

9/2/19

Date



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 073 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, No Arrests | Complaint #: 2019-073-010736 | No Other Legacy Blue Versions | Complaint Revisions: View All Versions 0 1 |
|---|---|---|---|---|---|---|

| Occurrence Location: INSIDE OF 599 RALPH AVENUE | NYC Parks Dept. Property | Precinct: 073 |
|---|---|---|

**Occurrence Location:** INSIDE OF 599 RALPH AVENUE
**Name Of Premise:** RENAISSANCE MENS SHELTER
**Premises Type:** HOMELESS SHELTER
**Location Within Premise:** OTHER SHELTER
**Visible By Patrol?** NO

**NYC Parks Dept. Property**
**Did this offense occur on NYC Parks Dept. Property?** NO
**Command:**
**NYC Parks Dept. Property Name:**

**Precinct:** 073
**Sector:** B
**Beat:** 3
**Post:**

---

**Occurrence From: 2019-11-15 12:30 FRIDAY**
**Occurrence thru:** 2019-11-15   13:00
**Reported:** 2019-11-15   15:00
**Complaint Received:** WALK-IN

**Aided #**
**Accident #**
**O.C.C.B. #**

---

**Classification: HARASSMENT**
**Attempted/Completed:** COMPLETED
**Most Serious Offense is:** VIOLATION
**PD Code:** 638  HARASSMENT,SUBD 3
**PL Section:** 24026
**Keycode:** 578  HARRASSMENT 2

**Case Status: CLOSED**
**Unit Referred To:**
**Clearance Code:** UNFOUNDED COMPLAINT
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:** 51
**Prints Requested?** NO

---

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | | Child In Common? NO | Intimate Relationship? NO | Officer Body Worn Camera? NO |

---

**If Burglary:**
**Forced Entry?**
**Structure:**
**Entry Method:**
**Entry Location:**

**Alarm:**
**Bypassed?**
**Comp Responded?:**
**Company Name/Phone:**
- -
**Crime Prevention Survey Requested?:**
**Complaint/Reporter Present?:**

**If Arson:**
**Structure:**
**Occupied?:**
**Damage by:**

**Taxi Robbery:**
**Partition Present:**
**Amber Stress Light Activated:**
**Method of Conveyance:**
**Location of Pickup:**

---

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT TPO VICTIM STATES SUSPECT DID MAKE THREATS TO VICTIM'S LIFE CAUSING VICTIM TO FEAR FOR THEIR LIFE AND TO FEEL ALARMED.

**Version 1. SYSTEM GENERATED**

## No NYC TRANSIT Data for Complaint # 2019-073-010736

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 1 |
|---|---|---|---|

### VICTIM: # 1 of 1

**Name:** LITTLE,WILLIAM D

**Complaint#:** 2019-073-010736

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| UMOS: NO | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: BLACK | |
| Age: 33 | |
| Date Of Birth: 12/23/1985 | |
| Disabled? NO | |
| Is this person not Proficient in English?: NO | Will View Photo: YES |
| If Yes, Indicate Language: | Will Prosecute: YES |
| N.Y.C.H.A Resident? NO | Notified Of Crime Victim Comp. Law: NO |
| Is Victim fearful for their safety / life? YES | |
| Escalating violence / abuse by suspect? YES | |
| Were prior DIR's prepared for C/V? NO | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY ZIP | APT/ROOM |
|---|---|---|---|---|
| HOME-PERMANENT | 102 WEST 128 STREET | MANHATTAN | NEW YORK   10027 | |

**Phone #:** HOME: Not Provided/Unavailable CELL: 347-645-9311 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: N/A |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

### REPORTER: # 1 of 1

**Name:** LITTLE,WILLIAM D

**Complaint #:** 2019-073-010736

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: BLACK | Identifiers: |
| Age: 033 | |
| Date Of Birth: 12/23/1985 | |
| Is this person not Proficient in English?: NO | |
| If Yes, Indicate Language: | Relationship To Victim: |

| Location | Address | City | State/Country Zip | Apt/Room |
|---|---|---|---|---|
| HOME-PERMANENT | 102 WEST 128 STREET | MANHATTAN | NEW YORK   10027 | |

**Phone #:** HOME: - - CELL: 347-645-9311 BUSINESS: - - BEEPER: - - E-MAIL:

### WANTED: # 1 of 1

**Name:** UNKNOWN,

**Complaint#:** 2019-073-010736

**Arrested:** NO

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: FTIN | Order Of Protection: NO |
| Sex: | Weight: 0 | Issuing Court: |
| Race: | Eye Color: | Docket #: |
| Age: | Hair Color: | Expiration Date: |
| Date Of Birth: UNKNOWN | Hair Length: | Order Of Protection Violated? |
| U.S. Citizen: | Hair Style: UNKNOWN | Does Suspect abuse Drugs / Alcohol? NO |
| Place Of Birth: | Skin Tone: UNKN | |
| Is this person not Proficient in English?: NO | Complexion: UNKNOWN | Suspect threatened /attempted suicide? NO |
| If Yes, Indicate Language: | | Is the suspect Parole / Probation? NO |

| | | | |
|---|---|---|---|
| Accent: NO | S.S. #: 0 | | Relation to Victim: STRANGER |
| | | | Living together: NO |
| | | | Can be Identified: YES |

**Gang/Crew Affiliation:** YES
**Name:** BLOODS
**Identifiers:** RED COLORS

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | ~~redacted~~ | | | ~~redacted~~ | | | |

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee:   On Duty:
Development:          N.Y.C. Transit Employee:

Physical Force: THREATENED

**Weapons:**

| | | |
|---|---|---|
| Gun: | | |
| Weapon Used/Possessed: NONE | Make: | Recovered: NO |
| Non-Firearm Weapon: | Caliber: | Serial Number Defaced: |
| Other Weapon Description: | Color: | Serial Number: |
| | Type: | |
| Other/Gun Specify: | | |
| Discharged: NO | | |

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | "YOU'RE DEAD" |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | PERP MADE STATEMENT |
| ACTIONS TOWARD VICTIM | THREATS TO VICTIM |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2019-073-010736

| | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name:<br>CAD MARTINEZ JOSE | 369146 | 073 PCT | NYPD |
| Supervisor Approving Name:<br>SGT ZHANG JUNKAO | 937788 | 073 PCT | NYPD |
| Complaint Report Entered By:<br>PAA BURKETT | 323587 | 073 PCT | NYPD |
| Signoff Supervisor Name:<br>SGT GUILLAUME | 948216 | 073 PCT | NYPD |

**END OF COMPLAINT REPORT**

# 2019-073-010736

Print this Report



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 073 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, No Arrests | | Complaint #: 2019-073-010403 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|

| Occurrence INSIDE OF 599 Location: RALPH AVENUE | NYC Parks Dept. Property | Precinct: 073 |
|---|---|---|
| Name Of Premise: | | Sector: B |
| Premises Type: RESIDENCE - APT. HO | Did this offense occur on NYC Parks Dept. Property? NO | Beat: 3 |
| Location Within Premise: | Command: | Post: |
| Visible By Patrol?: NO | NYC Parks Dept. Property Name: | |

**Occurrence From: 2019-09-28 20:30 SATURDAY**

Occurrence thru: 2019-10-31     17:00

Reported: 2019-11-05     19:27

Complaint Received: WALK-IN

Aided #

Accident #

O.C.C.B. #

| Classification: HARASSMENT | Case Status: CLOSED |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: |
| Most Serious Offense Is: VIOLATION | Clearance Code: PATROL |
| PD Code: 638   HARASSMENT,SUBD 3 | Log/Case #: 0 |
| PL Section: 24026 | Clearance Arrest Id: |
| Keycode: 578   HARRASSMENT 2 | Clearance AO Cmd: |
| | File #: 51 |
| | Prints Requested? NO |

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | Child In Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: NO |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupled?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | -- | | Location of Pickup: |
| | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(If used): |
|---|---|---|

**NARRATIVE:**
AT TPO CV STATES PERP DID MAKE STATEMNT TO CV STATING "SUCK MY DICK" NUMEROUS TIMES CAUSING CV TO BE ANNOYED AND ALARMED.

## No NYC TRANSIT Data for Complaint # 2019-073-010403

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name:<br>LITTLE,WILLIAM | Complaint#:<br>2019-073-010403 |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| UMOS: NO | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: BLACK | |
| Age: 33 | |
| Date Of Birth: 12/23/1985 | |
| Disabled? NO | |
| Is this person not Proficient in English?: NO | Will View Photo: NO |
| If Yes, Indicate Language: | Will Prosecute: NO |
| N.Y.C.H.A Resident? NO | Notified Of Crime<br>Victim Comp. Law: NO |
| Is Victim fearful for their safety / life? YES | |
| Escalating violence / abuse by suspect? NO | |
| Were prior DIR's prepared for C/V? NO | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 599 RALPH AVENUE | BROOKLYN | NEW YORK | 11212 | 302 |

Phone #: HOME: Not Provided/Unavailable CELL: Not Provided/Unavailable BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: WILLIAMLITTLE@GMAIL.COM

| Action against Victim: | Actions Of Victim Prior To Incident:<br>AT HOME |
|---|---|
| Victim Of Similar Incident:<br>NO | If Yes, When And Where |

| REPORTER: # 1 of 1 | Name:<br>LITTLE,WILLIAM | Complaint #:<br>2019-073-010403 |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: BLACK | Identifiers: |
| Age: 033 | |
| Date Of Birth: 12/23/1985 | |
| Is this person not Proficient in English?: NO | Relationship To Victim: |
| If Yes, Indicate Language: | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 599 RALPH AVENUE | BROOKLYN | NEW YORK | 11212 | 302 |

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL: WILLIAMLITTLE@GMAIL.COM

| WANTED: # 1 of 1 | Name:<br>, | Complaint#:<br>2019-073-010403 | Arrested:<br>NO |
|---|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: | Order Of Protection: NO |
| Sex: | Weight: | Issuing Court: |
| Race: | Eye Color: | Docket #: |
| Age: | Hair Color: | Expiration Date: |
| Date Of Birth: UNKNOWN | Hair Length: | Order of Protection Violated? |
| U.S. Citizen: | Hair Style: | Does Suspect abuse Drugs / Alcohol? NO |
| Place Of Birth: | Skin Tone: UNKN | Suspect threatened /attempted suicide? NO |
| Is this person not Proficient in English?: NO | Complexion: UNKNOWN | Is the suspect Parole / Probation? NO |
| If Yes, Indicate Language: | | Relation to Victim: STRANGER |
| Accent: NO | S.S. #: 0 | Living together: NO |
| | | Can be Identified: YES |

| |
|---|
| Gang/Crew Affiliation: NO |
| Name: |
| Identifiers: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | ████████████████████ | | | | | | |

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee:  On Duty:
Development:  N.Y.C. Transit Employee:

Physical Force:

**Weapons:**

| | | | |
|---|---|---|---|
| Gun: | | | |
| Weapon Used/Possessed: NONE | Make: | Recovered: | |
| Non-Firearm Weapon: | Caliber: | Serial Number Defaced: | |
| Other Weapon Description: | Color: | Serial Number: | |
| | Type: | | |
| Other/Gun Specify: | | | |
| Discharged: NO | | | |

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | SUCK MY DICK |
| MODUS OPERANDI | UNKNOWN |
| MODUS OPERANDI | PERP MADE STATEMENT |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2019-073-010403

| | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name:<br>POM WONG ALEX | 965622 | 073 PCT | NYPD |
| Supervisor Approving Name:<br>SGT ZHANG JUNKAO | 937788 | 073 PCT | NYPD |
| Complaint Report Entered By:<br>PAA BURKETT | 323587 | 073 PCT | NYPD |
| Signoff Supervisor Name:<br>SGT PEACOCK | 940553 | 073 PCT | NYPD |

**END OF COMPLAINT REPORT
# 2019-073-010403**

Print this Report

| Site: | Log # |
|---|---|

## NYC DHS CIVILIAN COMPLAINT REPORT

**PRINT ALL INFORMATION**

| Person Making Complaint: | ☒ Client | ☐ Staff | ☐ Visitor | ☐ Civilian | ☐ Other: |
|---|---|---|---|---|---|
| Complaint Made Against: | ☐ Peace Officer | ☐ Security Guard | | ☐ Staff | ☐ Other: |

### INCIDENT OCCURANCE:

| Date: 8/5/19 | Time: 5 | ☐ AM ☒ PM | Day of Week: monday | Shelter: Schwartz |
|---|---|---|---|---|

| Address: Los Charles Gay Irrop | Floor: | Room #: | Area: Common area |
|---|---|---|---|

### PERSON MAKING COMPLAINT:

| Last Name: Little | First: William | M.I. D | Age: 33 | DOB: 2/23/85 | Race: B | Sex: F |
|---|---|---|---|---|---|---|

| Address: Los Charles Gay 1000 | Apt: | City: New York | State: NY | Zip: 10035 |
|---|---|---|---|---|

| Home Phone: | Work Phone: | Cell Phone: |
|---|---|---|

☒ Victim  ☐ Witness  ☐ Relationship to Victim: self     Client/HA #

### COMPLAINT MADE AGAINST:

| Rank or Title | Last Name | First Name | ID or Shield # | Additional Info. |
|---|---|---|---|---|
| officer | Vincent | | 1236 | |

### WITNESS/VICTIM:

Use rear of page for additional witnesses

| Last Name: Chancey | First: Daniel | M.I. | Age: 50 | DOB: 2/21/69 | Race: W | Sex: M |
|---|---|---|---|---|---|---|

| Address: Chancell Los charles Gay 1000 | Apt: | City: New York | State: NY | Zip: 10035 |
|---|---|---|---|---|

| Home Phone: | Work Phone: | Cell Phone: |
|---|---|---|

☐ Victim  ☒ Witness  ☐ Relationship to Victim: _____     Client/HA #

### DETAILS OF INCIDENT:

Use rear of page for additional space

I was standing before the medal detector and the abuve named officer had Groped my breast area in a sexually Hostile manner and I felt violated and I would like a full investigation into this matter I will also be filing a report with city hall reguarding this Harasment and use of force in a innapropraite manner EdR

### REPORT RECEIVED:

| Received by: Last Name: | First Name: | ☐ In-Person ☐ Written ☐ US Mail ☐ E-Mail ☐ Phone | | |
|---|---|---|---|---|
| Signature: | | Rank or Title: | Shield/ID: | Command/Unit |
| | | Work Phone: | Date: | Time: ☐ AM ☐ PM |

O14/1

| Site: | | Log # | |
|---|---|---|---|

## NYC DHS CIVILIAN COMPLAINT REPORT

**PRINT ALL INFORMATION**

| Person Making Complaint: | ☒ Client | ☐ Staff | ☐ Visitor | ☐ Civilian | ☐ Other: |
|---|---|---|---|---|---|
| Complaint Made Against: | ☒ Peace Officer | ☐ Security Guard | | ☐ Staff | ☐ Other: |

### INCIDENT OCCURANCE:

| Date: 8/14/17 | Time: 8²⁵ - 9¹⁰ ☐ AM ☒ PM | Day of Week: Wednesday | | Shelter: Atlantic Shelter | |
|---|---|---|---|---|---|
| Address: 1322 Bedford Ave, BKlyn NY | | Floor: 1 | Room #: Search | Area: Search area | |

### PERSON MAKING COMPLAINT:

| Last Name: Little | First: William | | M.I. | Age: 34 | DOB: 12/23/85 | Race: B | Sex: M |
|---|---|---|---|---|---|---|---|
| Address: 1320 Bedford Ave BKlyn, NY | | Apt: | City: New York | | | State: NY | Zip: 11216 |
| Home Phone: | | Work Phone: | | | Cell Phone: | | |

☒ Victim   ☐ Witness   ☐ Relationship to Victim: _____   Client/HA # 1956654

### COMPLAINT MADE AGAINST:

| Rank or Title | Last Name | First Name | ID or Shield # | Additional Info. |
|---|---|---|---|---|
| officer | | | 303 | ~~Fill out~~ code of conduct |
| | | | | |

### WITNESS/VICTIM:

Use rear of page for additional witnesses

| Last Name: | First: | | M.I. | Age: | DOB: | Race: | Sex: |
|---|---|---|---|---|---|---|---|
| Address: | | Apt: | City: | | | State: | Zip: |
| Home Phone: | | Work Phone: | | | Cell Phone: | | |

☐ Victim   ☐ Witness   ☐ Relationship to Victim: _____   Client/HA #

### DETAILS OF INCIDENT:

Use rear of page for additional space

on 8/14/19 about approx 8²⁵ - 9¹⁰ pm this writer was coming thru the search area of the shelter and officer with ~~bad~~ sheild # of 303 began to get aggressive and Hostile with me and other residents, this officer Has also made continuous verbal threats stating " come back thru search with Jhet same energy watch what Happen" this esclated from a previous altercation with another resident before myself. this officer in my continued presence posed a threat to others after me as well inciting Riotus behavior in fact he has violated state and federal law by abusing his athority and power under state color. he is representing the state and dHs Services and need to be professional at all times while in uniform and shield and be the example and not so back and forth w) us.

### REPORT RECEIVED:   ☐ In-Person   ☐ Written   ☐ US Mail   ☐ E-Mail   ☐ Phone

| Received by: Last Name: | First Name: | Rank or Title | Shield/ID: | Command/Unit |
|---|---|---|---|---|
| Signature: | | Work Phone: | Date: | Time: ☐ AM ☐ PM |

# VOLUNTEERS OF AMERICA – GREATER NEW YORK

## CLIENT GRIEVANCE FORM

If you wish to file a grievance, please write your concerns on this form and give it to either your case manager or his/her supervisor, whomever appropriate.

Client Name: William Littk     Date: 7/27/19

My grievance is as follows:

On 7/27/19 approx. 12:45 PM This writer came into the Schartw2. 18 assesment building along with my Property as I approached the Search area and X-ray machine I told the DHS officers Cohay and mason that my black suit case will not fit into the X-ray Machine I was Yelled at and be littled and was told to put it on the machine anyway I then Stated I cant lift it due to my back Condition Another resident assit in putting it on the belt as directed by these officers and my suit case Sct Stuck and both officers had to forcefully push my luggage back and forth until it

Completed By: _____     Date: 7/27/19

Received By: _____     Date: 7/27/19

Findings:
_____
_____
_____
_____
_____
_____

Decision:
_____
_____
_____
_____
_____

_____     Date: _____
Program Director/Assistant Vice President Signature

5/2002

S:US
OPPORTUNITY FOR ALL

Renaissance Shelter

8/23/19 Approx 11⁰⁰ ~ 11³⁰ pm

on the above date and time this writer went to use the restroom on the 3rd floor and noticed trash thrown all over the floor I reported it to the security ~~Gard~~ Guard that had that post and she had page for a custodian to come and clean the matter at hand. Upon responding to the call Custodian (Chris) once he had seen me he immediately began making derrogatory and provacative remarks and comments, "sweet cakes that faggot ass nigga proboly did it". as if I get pleasure in doing that. I would never do that I treat and respect all staff and address them accordingly and proper. However this foul, voulgar, and demeaning, and verbally abusive behavior was highly offensive and unacceptable not 1 time Have I disrespect or call anyone out they name and I dont stand to be called out mine I hope for a speedy response and this will be rectified shorty I seek merely to remain safe and focused on my treatment

Signature of individual making report

8/23/19
Date